IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| MICHAEL FORD, #557415 | § |
| | § |
| V. | §   CIVIL ACTION NO. G-02-626 |
| | § |
| PHILLIP JONES, ET AL. | § |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 1st day of December, 2006.

_____
Samuel B. Kent
United States District Judge